IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAIAH MALDONADO,

    Plaintiff,

v.                                                          CV No. 20-1184 GBW/CG

THE GEO GROUP, INC.,

    Defendant.

### ORDER EXTENDING DEFENDANT'S TIME TO ANSWER

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion for Extension of Time to Respond to Complaint* (the "Motion"), (Doc. 6), filed December 7, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's response to Plaintiff's Complaint is due December 28, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE