IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAIAH MALDONADO,

    Plaintiff,

v.                                                 No. CV 20-1184 GBW/CG

THE GEO GROUP, INC.,

    Defendant.

## ORDER EXTENDING DEFENDANT'S TIME TO ANSWER

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion for Extension of Time to Respond to Complaint* (the "Motion"), (Doc. 9), filed December 28, 2020. In the Motion, Defendant The GEO Group, Inc. states that counsel for the parties are currently reviewing several arbitration agreements that may apply to proposed class members, and are "actively engaged in settlement negotiations." *Id.* at 2. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's response to Plaintiff's Complaint is due January 15, 2021.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE