IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAIAH MALDONADO,

    Plaintiff,

v.                                                           No. CV 20-1184 GBW/CG

THE GEO GROUP, INC.,

    Defendant.

## ORDER GRANTING MOTION TO STAY PROCEEDING

**THIS MATTER** is before the Court on the parties' *Joint Motion to Stay Case* (the "Motion"), (Doc. 11), filed on January 15, 2021. In the Motion, the parties request a stay of discovery for 90 days in order "to avoid unnecessary motion practice and discovery before the Court by allowing the Parties sufficient time to discuss whether there is a potential arbitration agreement that could bind the Plaintiff or any of the Opt-In Plaintiffs" which would prevent the case from proceeding before this Court. *Id.* at 2. The Court, having reviewed the parties' Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that discovery in this case is stayed through and including **April 19, 2021**.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report **by no later than April 20, 2021**, updating the Court on the status of the case. The Court will reset the Answer deadline after the stay has ended.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE