IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAIAH MALDONADO,

    Plaintiff,

v.                                                               No. CV 20-1184 GBW/CG

THE GEO GROUP, INC.,

    Defendant.

## ORDER GRANTING MOTION TO STAY PROCEEDING PENDING ARBITRATION

**THIS MATTER** is before the Court on the parties' *Joint Motion to Stay Proceedings Pending Arbitration* (the "Motion"), (Doc. 13), filed on April 19, 2021. In the Motion, the parties request a stay of this proceeding pending arbitration. The Court has previously stayed discovery in this case in order to allow the parties "to discuss whether there is a potential arbitration agreement . . . which would prevent the case from proceeding before this Court." (Doc. 12). The parties now agree "to arbitrate the claims pending in this lawsuit on a collective basis." (Doc. 13 at 3). The Court, having reviewed the parties' Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that this case is stayed pending completion of binding arbitration.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE