IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAIAH MALDONADO,

    Plaintiff,

v.                                                                                                                 No. CV 20-1184 GBW/CG

THE GEO GROUP, INC.,

    Defendant.

## ORDER TO NOTIFY THE COURT OF STATUS OF ARBITRATION

**THIS MATTER** is before the Court upon review of the record. In April 2021, the parties agreed "to arbitrate the claims pending in this lawsuit on a collective basis." (Doc. 13 at 3). The Court therefore stayed the case pending completion of binding arbitration. (Doc. 14 at 1).

**IT IS THEREFORE ORDERED** that, on or before **September 1, 2021**, Plaintiff shall notify the Court in writing of the status of this case, including whether an arbitrator has been selected and the scheduled or anticipated date of arbitration.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE