IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ISAIAH MALDONADO, on Behalf of
Himself and on Behalf of All Others
Similarly Situated,

    Plaintiff,

V.                                          No. 2:20-cv-1184-KG-CG

THE GEO GROUP, INC.,

    Defendant.

## ORDER GRANTING JOINT PETITION TO CONFIRM ARBITRATION AWARD AND DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Petition to Confirm Arbitration Award. Having considered the Petition, the Court hereby GRANTS the Joint Petition to Confirm Arbitration Award.

IT IS ORDERED that the Petition is GRANTED as follows:

The Arbitration Award entered in the matter captioned *Isiah Maldonado, on Behalf of Himself and on Behalf of All Others Similarly Situated v. The GEO Group, Inc.*, and originally filed in this Court as Case No. 6:20-cv-01184, is hereby CONFIRMED.

This case is hereby Dismissed with Prejudice.

_____
UNITED STATES DISTRICT JUDGE